Tiffany MEACHUM, Appellant,

v.

DANA CORPORATION, Respondent.

No. WD 75349.

Missouri Court of Appeals,
Western District.

April 30, 2013.

Motion for Rehearing and/or Transfer
to Supreme Court Denied May
28, 2013.

Application for Transfer Denied
June 25, 2013.

Christopher Schappe, Columbia, MO, for appellant.

Julie Madsen, St. Louis, MO, for respondent.

Before: Karen KING MITCHELL, P.J., THOMAS H. NEWTON, and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM:

Ms. Tiffany Meachum appeals from the Labor and Industrial Relations Commission's decision denying her claim for worker's compensation benefits. The Commission determined that Ms. Meachum had not suffered an accident at work on the alleged date of injury.

For reasons stated in the memorandum to the parties, we affirm. Rule 84.16(b).